Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER, | Case No. 1:17-cv-01177-DAD-SKO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| MIDLAND FUNDING, LLC, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** November 16, 2017        **Law Offices of Todd M. Friedman, P.C.**

                    By: /s/ Todd M. Friedman, Esq.
                        Todd M. Friedman
                        Attorneys for Plaintiff

Notice of Settlement - 1

Filed electronically on this 16th Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Dale A. Drozd
Honorable Magistrate Judge Sheila K. Oberto
United States District Court
Eastern District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 16th Day of November, 2017

s/Todd M. Friedman, Esq.
   Todd M. Friedman