Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiffs*

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ANDREW C. MYERS [SBN 276683]
amyers@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND FUNDING, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER, | Case No. 1:17-cv-01177-DAD-SKO |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| -vs- | |
| MIDLAND FUNDING, LLC., | |
| Defendant | |

1  NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.   A proposed order has been concurrently submitted to this Court via email.

\\\

Respectfully submitted this 18th Day of December, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

By: s/  Andrew C. Myers
Andrew C. Myers
Attorney for Defendant

P:01158293-2:87026.158          Stipulation to Dismiss- 2

Filed electronically on this 18th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Dale A. Drozd
United States District Court
EASTERN District of California

And all Counsel of Record on the electronic service list.

This 18th Day of December, 2017.

s/Todd M. Friedman
Todd M. Friedman