UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BIEBER,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, LLC,<br><br>    Defendant. | No. 1:17-cv-01177-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On December 18, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 6.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 19, 2017**            /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE